No. 81–5362.   CALDWELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5367.   PATTERSON *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 81–5371.   KRIZ *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–5373.   MOLINA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5385.   SELVAGGI ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 81–5395.   FLORES-ELIAS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5398.   PITTS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.